**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  1:26-cv-23111-KMM

ARIAS CLAVEL,

      Petitioner,

v.

WARDEN, FLORIDA SOUTH-SIDED
FACILITY SOUTH,

      Respondent.

_____/

**ORDER**

THIS CAUSE came before the Court on Petitioner Janier Manuel Arias Clavel's ("Petitioner") Petition for A Writ of Habeas Corpus Under 28 U.S.C. § 2241 (the "Petition" or "Pet.") (ECF No. 1).  As set forth below, the Petition is TRANSFERRED to the United States District Court for the Middle District of Florida.

Petitioner is currently housed at Florida Soft Side South in Ochopee, Florida, which is in Collier County.  Pet. at 1.  Collier County is located within the Middle District of Florida.  28 U.S.C. § 89(b).  Therefore, the proper venue for this Petition is the Middle Distrct of Florida.  *See Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) ("For 'core habeas petitions,' 'jurisdiction lies in only one district:  the district of confinement.'" (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004))); *see also Morales v. Dade Corr. Inst.*, No. 4:23-CV-00303, 2023 WL 5184190, at *2 (N.D. Fla. July 20, 2023) ("Here, there is no allegation connecting the events or the parties to the Northern District of Florida.  Dade Correctional Institution is in the Southern District of Florida; and Plaintiff is housed there.  Venue is proper in the Southern District of Florida."), *report and recommendation adopted*, 2023 WL 5184157 (N.D. Fla. Aug. 11, 2023); Mot. at 2–3 (collecting cases).

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a); *see also Dobard v. Johnson*, 749 F.2d 1503, 1506–07 (11th Cir. 1985).  District courts have the authority to transfer such cases *sua sponte*.  *See Kapordelis v. Danzig*, 387 F. App'x 905, 907 (11th Cir. 2010) (per curiam).

Accordingly, UPON CONSIDERATION of the Petition, the pertinent portions of the record, and being otherwise fully advised in the premises, the Clerk of Court is directed to TRANSFER this case to the United States District Court for the Middle District of Florida.[1]  The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th  day of May, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:      Janier Manuel Arias Clavel
        A#216631845
        Florida Soft Side South
        Inmate Mail/Parcels
        54575 Tamiami Trail E NA
        Ochopee, FL 34141
        PRO SE

---

[1] The Court therefore no longer has jurisdiction to entertain the merits of the Petition.  *See Caribbean Ent. Techs., Ltd. v. Snap One, LLC*, No. 21-92019-CIV, 2023 WL 11801316, at *1 (S.D. Fla. Mar. 31, 2023) ("[B]ecause this case has already been transferred, this Court has lost jurisdiction of the matter." (citing *Koehring Co. v. Hyde Constr. Co.*, 382 U.S. 362 (1966); *Roofing & Sheet Metal Servs., Inc. v. La Quinta Motor Inns, Inc.*, 689 F.2d 982, 988 n.10 (11th Cir. 1982))).

2